# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  CARL S. DANIELSON                                   Case Number: 07-71118
2024 HILLSDOWN ROAD              SSN-xxx-xx-9147
DAVIS, IL  61019

                                                            Case filed on:    5/8/2007
                                                            Plan Confirmed on:
                         U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $0.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| 014 | CARL S. DANIELSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | OPTION ONE MORTGAGE CORPORATION | 28,616.05 | 28,616.05 | 0.00 | 0.00 |
|  | Total Secured | 28,616.05 | 28,616.05 | 0.00 | 0.00 |
| 001 | HOUSEHOLD AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AAA INSURANCE | 8,018.75 | 8,018.75 | 0.00 | 0.00 |
| 004 | ALLIANT ENERGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COLLECTION SYSTEMS OF FREEPORT INC | 1,861.57 | 1,861.57 | 0.00 | 0.00 |
| 006 | COMED CO | 2,805.02 | 2,805.02 | 0.00 | 0.00 |
| 007 | CROSS COUNTRY VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | DURAND STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MEDIACOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MONROE CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | PORTFOLIO RECOVERY ASSOCIATES | 259.53 | 259.53 | 0.00 | 0.00 |
| 012 | US BANK/RETAIL PAYMENT SOLUTIONS | 521.59 | 521.59 | 0.00 | 0.00 |
| 013 | WAL-MART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 13,466.46 | 13,466.46 | 0.00 | 0.00 |
|  | Grand Total: | 45,082.51 | 45,082.51 | 0.00 | 0.00 |

Total Paid Claimant:     $0.00
Trustee Allowance:       $0.00          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00          discharging the trustee and the trustee's surety from any and all
                                        liablility on account of the within proceedings, and closing the estate,
                                        and for such other relief as is just.  Pursuant to FRBP, I hereby
                                        certify that the subject case has been fully administered.

Report Dated:

                                           /s/ Lydia S. Meyer
                                          Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007          By  /s/Heather M. Fagan